# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JOEL HENRY WEHUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:22-cv-00775-LCB-NAD |
| ERIC DUPLECIK, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER OF TRANSFER**

Joel Henry Wehunt, a prisoner in Hamilton A&I, brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights based on his arrest and subsequent detention in the Lamar County Jail. (Doc. 13). Wehunt asserted that further violations of his rights occurred when he was transferred to Draper Correctional Facility and again when defendant Correctional Officer Harrison transferred Wehunt from Draper to Kilby Correctional Facility. (*Id.*).

On June 7, 2023, Magistrate Judge Danella entered a report in which he recommended that Wehunt's claims against Harrison, and his claims arising out of his detention in Draper and Kilby Correctional Facilities, should be severed and transferred to the United States District Court for the Middle District of Alabama, where both Draper and Kilby are located. (Doc. 14). Although Judge Danella advised Wehunt of his right to file objections to the report and recommendation

within 14 days, the court has received no objections and the time for filing has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** Magistrate Judge Danella's report and **ACCEPTS** the recommendation. Accordingly, the Court **ORDERS** that Wehunt's claims against Correctional Officer Harrison and his claims concerning his detention in Draper and Kilby Correctional Facilities are **SEVERED** and those claims are **TRANSFERRED** to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1406(a).

**DONE** and **ORDERED** June 30, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE